# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

'07 MJ 8906

Magistrate Case Number: _____

The person charged as __Kelsey L. PETERSON__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Nebraska_____

with __Transportation of Minor with Intent to Engage in Criminal Sexual Activity_____

, in violation of __Title 18, United States Code, 2423(a)_____

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __November 5, 2007__.

_____
RONALD T. RIBAIL
Special Agent
Federal Bureau of Investigation
(Name)

Reviewed and Approved:

Dated: __November 5, 2007_____

_____
JOHN F. WEIS
Assistant United States Attorney

**FILED**
NOV 05 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court

### FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| KELSEY L. PETERSON, | CASE NUMBER 8:07MJ 175 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KELSEY L. PETERSON**
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging her with (brief description of offense)

Transportation of minor with intent to engage in criminal sexual activity.

in violation of Title __18__ United States Code, Section(s) __2423(a)__

| F.A. GOSSETT III | UNITED STATE MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | November 1, 2007   Omaha, Nebraska |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
<sub>Name of Judicial Officer</sub>

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT
## District of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
NOV 0 1 2007
OFFICE OF THE CLERK

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

KELSEY L. PETERSON

Case Number: 8:07MJ 175

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.

From on or about the 26th day of October, 2007, through on or about the 1st day of November, 2007, in Dawson County, in the district of ___Nebraska and elsewhere___ defendant

KELSEY L. PETERSON did knowingly transport an individual who has not attained the age of 18 years in interstate and foreign commerce with intent that the individual engage in any sexual activity for which a person can be charged with a criminal offense

in violation of Title ___18___ United States Code, Section(s) 2423(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the
Official Title

following facts:

See attached affidavit of SA Jeff A. Becker

Continued on the attached sheet and made a part of this complaint:   (X) Yes   ( ) No

Signature of Complainant

Jeff A. Becker
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 1, 2007   at   Omaha, Nebraska
Date                       City and State

F.A. Gossett III, United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The undersigned, Jeff A. Becker, being duly sworn, deposes and says as follows:

That I am a Special Agent of the Federal Bureau of Investigation (FBI), assigned to the Omaha, Nebraska, field office. I have been employed as a Special Agent for twelve years. I am authorized to investigate and enforce violations of a number of United States statutes, to include Title 18, U.S.C., section 2423, which makes it a crime for any person to knowingly transport any individual who has not yet attained the age of eighteen years in interstate or foreign commerce with the intent that such individual engage in any sexual activity for which any person can be charged with a criminal offense.

As of the morning of November 1, 2007, I have been assisting other law enforcement officers in the disappearance of F.R., a thirteen year old Hispanic male from Lexington, Nebraska. I have learned the information offered herein both from my own efforts, as well as through communications to and from, and interaction with, other law enforcement officers, both federal and state, involved in this investigation.

On approximately 10/25/2007, Kelsey L. Peterson, a white female, age 25, was dismissed from her position as a middle school mathematics teacher with the Lexington Public School District in Lexington, Nebraska, for having inappropriate relations with F.R., a 13 year old Hispanic male student, who was born in 1994. His age has been confirmed by his parents and with a Mexican birth certificate produced by his parents.

Investigators believe that on 10/26/2007, Peterson and F.R. left Lexington in Peterson's vehicle, a white 2006 Pontiac G6 four door, Nebraska license number 18K16.

Around the time of his disappearance, F.R. made a telephonic inquiry with a family member (aunt) asking if a friend would need a passport if they were driving into Mexico.

On 10/29/2007, the Lexington Police Department obtained a search warrant for Peterson's residence and an arrest warrant for Peterson on charges of Kidnaping, Felony Child Abuse and Contributing to the Delinquency of a Minor (continental extradition). Items recovered during the execution of the search warrant included letters between Peterson and F.R. acknowledging their sexual relationship. In a handwritten letter from F.R. to Peterson, F.R. stated that he loved her and their relationship was not "just about the sex." Additionally, Peterson's father advised authorities that she had admitted to him she was "having sex" with a student, although she claimed the student was sixteen years old. No information has been forthcoming which would suggest that Peterson is engaged in any sexual relationship with any student other than F.R..

Peterson's local bank accounts have been monitored and it was determined that transactions were attempted in Ogallala, Nebraska, Fort Morgan, Colorado and Denver, Colorado, most recently on 10/29/07. Peterson's known local bank accounts have been depleted and no further bank or credit card accounts have been located, although a credit history on the subject has been requested for further review.

Peterson has a personal cell phone, telephone number (308) 746-3155 and previously purchased an additional phone for F.R., telephone number (308) 746-2381. Both numbers are assigned through AllTel communications. An emergency pen register requesting cell site and sector information was initiated on 10/31/2007. Information

2

received to date indicates the phones were last active in California and one of the phones received a call from Riverside, California at 8:54 a.m. CDT on 11/1/2007. F.R.'s aunt in Lexington, Nebraska, received a text message from him on 11/1/07 indicating he was fine, and was traveling with Peterson through Sonora, Mexico en-route to Mexicalli, Mexico, although this has not been verified. It has been determined F.R. has an aunt and uncle residing in Riverside, California. Additionally, I have been in contact with officers with the Department of Homeland Security. I have been advised the Immigration and Naturalization Service has determined the subject vehicle crossed the international border into Mexico at San Ysidro, California on 10/30/2007 at approximately 8:00 P.M. Pacific Standard Time (10:00 P.M. Central Standard Time).

Nebraska state law criminalizes sexual contact between an adult and a minor. Specifically, Nebraska Revised Statute § 28-319(A)(1) provides that "any person who subjects another person to sexual penetration ... when the actor is nineteen years of age or older and the victim is at least twelve but less than sixteen years of age is guilty of sexual assault in the first degree." In addition, Nebraska Revised Statute § 28-320.01 provides that "a person commits sexual assault of a child in the second or third degree if he or she subjects another person fourteen years of age or younger to sexual contact and the actor is at least nineteen years of age or older." Based on the foregoing information, I believe that there is sufficient probable cause to believe that Kelsey L. Peterson transported F.R. in interstate and foreign commerce, that is from the State of Nebraska to other States and

3

possibly into Mexico, with the intent to continue the sexual relationship in which they have been involved, in violation of Title 18 U.S.C. section 2423.

Respectfully submitted,

*[signature]*
JEFF A. BECKER
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this __1__ day of November, 2007.

*[signature]*
F.A. GOSSETT III
United States Magistrate Judge

4