**DIANE M. REGAN**
California State Bar No. 207027
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Diane_Regan@fd.org

Attorneys for Ms. Peterson

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ8906-PCL |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| KELSEY L. PETERSON, ) | |
| Defendant. ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Diane M. Regan, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

      Respectfully submitted,

Dated: November 6, 2007       */s/ Diane Regan*
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Peterson
Diane_Regan@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  November 6, 2007        /s/ Diane Regan
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: Diane_Regan@fd.org