FILED
NOV 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: 07MJ8906 |
| Plaintiff, ) | |
| ) | **FINDINGS OF FACT AND ORDER** |
| v. ) | **OF DETENTION** |
| Kelsey L. PETERSON, ) | |
| Defendant. ) | |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. §§ 3141 et seq.), a detention hearing was held on November 7, 2007, to determine whether Kelsey L. PETERSON should be held in custody pending trial on the ground that she is a risk of flight. Assistant U. S. Attorney John F. Weis appeared on behalf of the United States. Attorney Diane Regan of Federal Defenders, Inc., appeared on behalf of Defendant.

Based on the evidence proffered by the United States and Defendant, the Pretrial Services report, and the complaint issued against Defendant on November 1, 2007, in the District of Nebraska, the Court concludes that the following facts establish, by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of Defendant as required.

///

///

I

## FINDINGS OF FACT

A.   Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1))

   1.   On November 1, 2007, a complaint was filed in the District of Nebraska (Case Number 8:07MJ175) charging Defendant with Transportation of minor with intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a).

   2.   The offense is punishable by a fine and imprisonment of not less than 10 years or for life, 18 U.S.C. § 2423(a).

   3.   According to the advisory United States Sentencing Guidelines, the charged offense triggers a base offense level of 24.  This base offense level corresponds to a sentencing range of at least 51-63 months.

B.   Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2):

   1.   According to the complaint filed ON November 1, 2007, in the District of Nebraska, Defendant, a 25-year-old middle school mathematics teacher with the Lexington Public School District in Lexington, Nebraska, was dismissed from her position for having inappropriate relations with F.R, a 13-year-old Hispanic male student.

   2.   It is believed that on October 26, 2007, Defendant and F.R. left Lexington, Nebraska, in Defendant's 2006 Pontiac G6 vehicle.  On October 30, 2007, at approximately 8:00 P.M. Pacific Standard time, Defendant's vehicle crossed the International Border into Mexico, at the San Ysidro Port of Entry.  Based on the foregoing information, there is sufficient probable cause to believe that Defendant transported F.R. in interstate and foreign commerce, that is from the State of Nebraska to other states and into Mexico, with the intent to continue the sexual relationship in which they have been involved.

   3.   Defendant was returned to the United States after being apprehended by the Mexican authorities.

C.   History and Characteristics of the Defendant (18 U.S.C. § 3142(G)(3)

   1.   Defendant is a citizen of the United States.

///

1    D.    <u>Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(d)(3)</u>

2           1.    The charged crime is an offense, triggering the presumption 18 U.S. 3142(d)(3);

3           2.    Defendant faces a substantial period of time in custody if convicted of the offense charged in the indictment. Specifically, she faces a potential mandatory minimum sentence of 10 years imprisonment and a maximum of life imprisonment. She therefore has a strong motive to flee.

## II

## REASONS FOR DETENTION

A.    There is probable cause to believe that Defendant committed the offenses charged in District of Nebraska, Case No. 8:07MJ175 charging Defendant with Transportation of minor with intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a).

B.    The Court finds that the Government has sustained its burden of demonstrating, by a preponderance of the evidence, that Defendant is a risk of flight and that there are no conditions or combination of conditions that would ensure Defendant's appearance for future court appearances.

## III

## ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

///
///
///
///
///
///
///
///

3

1 | While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: *11-27-07*

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

Prepared by:

KAREN P. HEWITT
United States Attorney

John F. Weis
Assistant U. S. Attorney